# UNITED STATES DISTRICT COURT
## District of Minnesota

Wuilfer A.,

Petitioner(s),

v.

Pamela Bondi, et al.,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-574 SRB/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Wuilfer A.'s Petition for a Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court has been informed that Petitioner was transferred out of the District of Minnesota. Respondents are first ordered to TRANSFER Petitioner to Minnesota. Once Petitioner returns to Minnesota, the Court ORDERS Respondents to immediately release Petitioner.
4. The Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner has not been returned as ordered, Respondents should immediately notify the Court of when he will be returned and released.

Date: 1/27/2026

KATE M. FOGARTY, CLERK